

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2021

No. 04-20-00567-CV

Brad G. **GROUNDS,** HAP Land LLC, Shale Marketplace LLC and GW3 Royalties LLC.,
Appellants

v.

**FIRST GROUNDROCK ROYALTIES**, **LLC.,** Step Groundrock Investment, LP and South
Texas Energy Partners, LLC,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-05965
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

After we granted Appellees' first motion for extension of time to file the brief, we set it due on February 5, 2021. *See* TEX. R. APP. P. 38.6(b). Before the once-extended due date, Appellees filed an unopposed second motion for a five-day extension of time to file the brief, until February 10, 2021. *See id.* R. 10.5(b).

Appellees' motion is GRANTED. Appellees' brief is due on February 10, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court